716 A.2d 530

IN THE MATTER OF RICHARD S. YUSEM,
AN ATTORNEY AT LAW.

September 11, 1998.

## ORDER

The Disciplinary Review Board on August 11, 1998, having filed with the Court its decision concluding that **RICHARD S. YUSEM** of **SOMERVILLE**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **RICHARD S. YUSEM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.